Case 1:25-cv-00259   Document 14   Filed 02/06/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN DAVID RAMIREZ REYNOSO, § § Petitioner, § § VS. § PAMELA BONDI, *et al.*, § § Respondents. § | CIVIL ACTION NO. 1:25-CV-259 |

## ORDER

Petitioner Juan David Ramirez Reynoso is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Petitioner presents a petition for writ of habeas corpus and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. (Petition, Doc. 1). The Court referred the matter to a United States Magistrate Judge for pretrial purposes. (Order, Doc. 2).

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that the Court's Order Referring Case (Doc. 2) is **RESCINDED**; and

**ORDERED** that the parties shall appear via videoconference for a status conference at 2:30 p.m. on February 25, 2026.

If any previously-dismissed Respondent wishes to intervene, the party must file a motion to that effect by no later than February 24, 2026.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon the Respondent and upon any previously-dismissed Respondents.

Signed on February 6, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge