UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN DAVID RAMIREZ REYNOSO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-259 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

In August 2025, immigration authorities detained Petitioner Juan David Ramirez Reynoso and took him into custody. Petitioner has been held at the El Valle Detention Facility in Willacy County, Texas and has not been afforded a bond hearing. Petitioner presents a Petition for Writ of Habeas Corpus (Doc. 1) and requests emergency injunctive relief including his immediate release or an order requiring that he be provided a bond hearing. Petitioner alleges three claims, all of which turn on whether Respondents can detain him without a bond hearing under 8 U.S.C. § 1225(b)(2).

The Fifth Circuit recently concluded that Respondents may rely on Section 1225(b)(2) to detain individuals such as Petitioner without a bond hearing. *See Buenrostro-Mendez v. Bondi*, —F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026) (interpreting and applying 8 U.S.C. § 1225(b)(2)(A)).

The Court ordered Petitioner to show cause why *Buenrostro-Mendez* does not preclude his claims. (*See* Order, Doc. 15) In his Statement, Petitioner does not challenge the applicability of *Buenrostro-Mendez* to his claims based on the application of Section 1225(b)(2), but he contends that "habeas jurisdiction lies to examine whether continued detention has crossed constitutional boundaries, including whether it has become unreasonably prolonged or punitive in effect." (Statement, Doc. 16, 3) The Court does not construe the Petition as presenting such a

claim, and even if it did, Petitioner fails to allege facts that would support such a claim. Petitioner cites no authority, controlling or persuasive, where a federal court has granted the relief that Petitioner seeks based on facts analogous to those that Petitioner alleges.

As a result, it is:

**ORDERED** that Petitioner Juan David Ramirez Reynoso's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Doc. 1) is **DENIED**.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on February 10, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge